UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-00263 SDM-SPF

18 U.S.C. § 659
(Theft of Interstate Shipment)

CORTEZ HEARD

### INFORMATION

JUN 2 2025 PM3:49
FILED - USDC - FLMD - TPA

The United States Attorney charges:

### COUNT ONE
(Theft of Interstate Shipment)

Beginning in or about January 2021, and continuing through in or about December 2022, in the Middle District of Florida and elsewhere, the defendant,

CORTEZ HEARD,

did knowingly and intentionally embezzle, steal, and unlawfully take, carry away, and conceal, and by fraud and deception obtain, goods and chattels of a value exceeding $1,000—that is, network equipment—which moved in interstate commerce from Florida, Illinois, and other states to Texas, with intent to convert that property to his own use.

In violation of 18 U.S.C. § 659.

## **FORFEITURE**

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 659, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived from proceeds traceable to the violation.

3.    The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of $1,100,000, which represents the proceeds of the offense.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).


GREGORY W. KEHOE
United States Attorney

By: _____
Michael M. Gordon
Assistant United States Attorney


By: _____
Carlton C. Gammons
Assistant United States Attorney
Chief, Economic Crimes Section