AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cortez Heard | ) Case No. |
| | ) 8: 25-cr-00263-SDM-SPF |
| *Defendant* | ) |

JUN 2 2025 PM 3:49
FILED - USDC - FLMD - TPA

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/28/25

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Miguel Gonzalez
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*