UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-00263-SDM-SPF

CORTEZ HEARD

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Michael M. Gordon.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ *Adam J. Duso*_____
       Adam J. Duso
       Assistant United States Attorney
       Florida Bar # 1026003
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: adam.duso@usdoj.gov

**U.S. v. Heard**                                      **Case No. 8:25-cr-00263-SDM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Miguel A. Gonzalez, Jr., Esq.

/s/ *Adam J. Duso*
Adam J. Duso
Assistant United States Attorney

2