**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-263-SDM-SPF | **DATE:** | July 10, 2025 |
| **HONORABLE: SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v.<br><br>CORTEZ HEARD | | **GOVERNMENT COUNSEL**<br>Adam Duso | |
| | | **DEFENSE COUNSEL**<br>Miguel Gonzalez, Jr., Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 11:02 – 11:32 | **TOTAL:** 0:30 | **COURTROOM:** | 11B |

**PROCEEDINGS: INITIAL APPEARANCE / GUILTY PLEA**

[X]    DEFENDANT PRESENT  [X] ADVISED OF CHARGES
[X]    APPEARED BY NOTICE 7/10/2025
[X]    DEFENDANT PROVIDED WITH COPY OF INFORMATION
[X]    COURT ADVISES DEFENDANT OF RULE 5 RIGHTS
[X]    DEFENDANT HAS RETAINED COUNSEL
[X]    COURT ORAL ORDER DUE PROCESS PROTECTIONS ACT
[X]    GOVERNMENT REQUEST: RELEASE
[X]    GOVERNMENT POSITION: adopts conditions of release suggested by U.S. Pretrial Services, Unsecured Bond $50,000.00, no travel outside the United States, surrender passport, no new travel documents
[X]    DEFENDANT POSITION: agrees to the conditions of release proffered by the Government

[X]    COURT ORDERS DEFENDANT: **RELEASED**
       COURT: ORDERS BOND SET AT: $50,000.00 (unsecured), shall report to U.S. Pretrial as directed, travel restricted to the continental United States of America, surrender passport to the Clerk's Office in Orlando, FL, no new travel documents

(X)    DEFENDANT WAS SWORN.
(X)    COURT ADVISED OF DEFENDANT'S RULE 11 RIGHTS
(X)    PLEA AGREEMENT FILED
(X)    PLEA OF GUILTY ENTERED AS TO COUNT ONE OF THE INFORMATION
(X)    FACTUAL BASIS ESTABLISHED
(X)    GUILTY PLEA ACCEPTED
(X)    REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION
(X)    SENTENCING to be scheduled by separate notice before District Judge Steven D. Merryday