AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Cortez Heard | ) | 8: 25-cr-00263-S DM-SPF |
| | ) | |
| Defendant | ) | |

JUN 2 2025 PM3:49
FILED - USDC - FLMD - TPA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/28/25

_Defendant's signature_

_Signature of defendant's attorney_

Miguel Gonzalez
_Printed name of defendant's attorney_

_Judge's signature_

Sean P. Flynn, U.S. Magistrate Judge
_Judge's printed name and title_