## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:25-cr-263-SDM-SPF**

**CORTEZ HEARD**

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I hereby consent to a pre-sentence investigation by the probation officers of the United States District Courts.   I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the Government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: July 10, 2025                    _____
                                        Defendant

Dated: July 10, 2025                    _____
                                        Counsel for Defendant