UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 8:25-cr-263-SDM-SPF

CORTEZ HEARD,

_____/

## **ORDER OF FORFEITURE**

The United States moves (Doc. 22) under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for forfeiture of $1,100,000 in proceeds as a result of the theft offense charged in Count One.  The motion (Doc. 22) is **GRANTED**.  Heard is liable for forfeiture of $1,100,000.

The proceeds were transferred to third parties, and the United States cannot locate the proceeds despite due diligence.  Accordingly, under 21 U.S.C. § 853(p), the United States may pursue as a substitute asset in satisfaction of this judgment forfeiture of the defendant's property not exceeding $1,100,000.  The United States may conduct discovery under Rule 32.2(b)(3).  The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

ORDERED in Tampa, Florida, on August 7, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE