UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:25-cr-263-SDM-SPF | DATE: | October 20, 2025 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **UNITED STATES OF AMERICA** **v.** **CORTEZ HEARD** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL Adam Duso, AUSA | |
| | | DEFENSE COUNSEL Miguel Gonzalez, retained | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: 9:03 AM – 9:48 AM | TOTAL: 45 mins | PROBATION: | Kaleena Roy |
| | | COURTROOM: | 15A |

**PROCEEDINGS:   SENTENCING**

All parties present and identified for the record.

The defendant previously pleaded guilty to Count One of the Information and is adjudged guilty of this offense.

Imprisonment: 37 MONTHS

Supervised Release: 3 YEARS

The defendant must participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

The defendant must participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

The defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer

The defendant must provide the probation officer access to any requested financial information.

The defendant must cooperate with the Internal Revenue Service regarding all outstanding taxes, interest, and penalties relating to the offense of conviction

The defendant must cooperate in the collection of his DNA.

The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed

by the probation officer. The defendant must submit to random drug testing not to exceed 104 tests per year.

Restitution: $2,655,383.98
While in Bureau of Prisons custody, the defendant must either (1) pay at least $25 quarterly if he has a non-Unicor job or (2) pay at least 50% of his monthly earnings if he has a Unicor job. The defendant must pay restitution at the rate of $250.00 per month. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay and the Court may adjust the payment schedule accordingly. The Court finds that the defendant does not have the ability to pay interest, and the Court waives the interest requirement for the restitution.

Fine: WAIVED

Forfeiture order (Doc.23) is finalized into the judgment.

Special Assessment: $100.00 due immediately.

In accord with the plea agreement, Count Two of the Indictment is dismissed.

Within 60 days the defendant may voluntarily surrender at the institution designated by the Bureau of Prisons. The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

The court recommends housing the defendant at the FCI Coleman.

The defendant is advised of his right to appeal and his right to counsel on appeal.